# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM AROJO MOORE,<br><br>                    Plaintiff,<br><br>        v.<br><br>FRANK GUDANI, et al.,<br><br>                    Defendants. | Case No. CV 15-04870 DMG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  Plaintiff has not filed any written objections to the Report.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice and without leave to amend.

DATED:  June 8, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE