1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  TIM AROJO MOORE, | Case No. CV 15-04870 DMG (AFM) |
| 12                 Plaintiff, | **JUDGMENT** |
| 13       v. | |
| 14  FRANK GUDANI, et al., | |
| 15 | |
| 16                 Defendants. | |

17

18          Pursuant to the Court's Order Accepting the Report and Recommendation of
19   the United States Magistrate Judge,
20          IT IS ORDERED AND ADJUDGED that the action is dismissed without
21   prejudice.
22
23   DATED:  June 8, 2016
24
25                                        _____
26                                             DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE
27
28